■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FREESE, Appellant. [756 NYS2d 774] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barros, J.), rendered May 9, 2001, convicting him of burglary in the third degree, attempted burglary in the third degree (two counts), and petit larceny, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court erred in failing to order a hearing into the circumstances surrounding his discharge from the Treatment Alternatives to Street Crime (TASC) program is without merit (see People v Outley, 80 NY2d 702 [1993]; People v Craig, 281 AD2d 429 [2001]).

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Florio, J.P., S. Miller, Friedmann, Townes and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL GARRETT, Appellant. [756 NYS2d 775] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered December 18, 2001, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf., People v Gonzalez, 47 NY2d 606 [1979]). Santucci, J.P., Krausman, McGinity, Schmidt and Crane, JJ., concur.